UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR23-088 TL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| NARADA JOSEPH ROBERTS, | ) |
| | ) |
| Defendant. | ) |

<u>Offenses charged</u>:

1. Unlawful Possession of a Firearm

<u>Date of Detention Hearing</u>:   June 9, 2023.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has an extremely lengthy criminal record that includes multiple convictions for assault, resisting arrest, harassment, unlawful firearm possession and second degree murder. He was arrested on the underlying charges while under DOC supervision on the murder conviction. Defendant admitted possession of the charged firearm and ammunition as part of a DOC hearing. While in state custody, he made statement that once he got out of custody he would not be truthful as to where he was living in order to prevent DOC officers from searching his true residence. Defendant made statements to pre-trial services as to where he was living at the time of his arrest that were inconsistent with his family's statements.

2. Defendant poses a risk of danger based on his lengthy criminal history involving violence, a pattern of similar conduct involving firearm possession, criminal activity while under supervision, and statements to pre-trial services that indicate a lack of truthfulness during his interview.

3. There does not appear to be any condition or combination of conditions that will reasonably address the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 9th day of June 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3